IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:96CR66-09MU

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| DONALD SYLVESTER MOORE ) | |
| (DONALD X), ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court upon Defendant's Motion to Terminate Supervised Release. Pursuant to 18 U.S.C. § 3583(e)(1), the Court finds that Defendant has satisfied the terms of his supervised release for over one year and, on assertion of his probation officer, has adjusted well to supervision. As neither the United States Probation Office nor the U.S. Attorney's Office have any objection, Defendant's motion is GRANTED and Defendant's supervised release is terminated.

IT IS SO ORDERED.

This 12th day of January, 2006

_____
United States District Judge